IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

: CRIMINAL ACTION

v. :

: No. 26-cr-403-1

MSC Shipmanagement Limited

## WAIVER OF INDICTMENT

The above-named defendant, having been advised of the charge(s) and of his/her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

[signature]
Defendant
pursuant to BOD Resolution

[signature]
Attorney for Defendant

8/28/26
Date